UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 08-14201-CIV-GRAHAM/LYNCH

UNITED STATES OF AMERICA
*ex rel*. LUCAS W. MATHENY and
DEBORAH LOVELAND,

     Plaintiffs,

v.

MEDCO HEALTH SOLUTIONS, INC.
POLYMEDICA CORPORATION,
LIBERTY HEALTHCARE GROUP, INC.,
LIBERTY MEDICAL SUPPLY, INC.,
LIBERTY COMMERCIAL HEALTH
SERVICES CORP., et al.,

     Defendants.
_____/

<u>ORDER</u>

**THIS CAUSE** came before the Court upon the Stipulation for Substitution of Counsel (D.E. 194), filed December 19, 2012.

**THE COURT** has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Stipulation for Substitution of Counsel is **GRANTED conditionally.** William N. Shepherd, Esquire of Holland & Knight LLP is substituted as counsel of record for Defendant Medco Health Solutions, Inc. provided that counsel is prepared to abide by the Court's Amended Scheduling Order previously issued in this cause. If not, advise the Court within

five (5) days of the date of this Order so that a hearing with all counsel can be conducted.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of December, 2012.

                                                     _____

                                                   DONALD L. GRAHAM
                                                   UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record