**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-14201-CIV-GRAHAM/LYNCH

UNITED STATES OF AMERICA
ex. rel. LUCAS W. MATHENY and
DEBORAH LOVELAND,

    Plaintiffs

v.

MEDCO HEALTH SOLUTIONS, INC.
POLYMEDICA CORPORATION,
LIBERTY HEALTHCARE GROUP, INC.,
LIBERTY MEDICAL SUPPLY, INC.,
LIBERTY COMMERCIAL HEALTH
SERVICES CORP., LIBERTY DIRECT
SERVICES CORPORATION, LIBERTY
MEDICAL SUPPLY PHARMACY, INC.,
CARL DOLAN AND ARLENE PERAZELLA,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Notice of Order to Extend Stay to Non-Debtor Defendants by Debtor Defendants [D.E. 395].

**THE COURT** has considered the pertinent portions of the record, and is otherwise duly advised in the premises.

On February 15, 2013, Defendants PolyMedica Corporation, Liberty Healthcare Group, Inc., Liberty Medical Supply, Inc., Liberty Commercial Health Services Corp., Liberty Direct Services Corp., and Liberty Medical Supply Pharmacy, Inc. ("PolyMedica Defendants") each filed a petition for bankruptcy under Title 11 of

the United States Code in the United States Bankruptcy Court for the District of Delaware. The case numbers are 13-10234, 13-10267, and 13-10268 respectively.[D.E. 231]. As such, pursuant to 11 U.S.C. §§ 301 and 362(a), Plaintiffs are automatically stayed and enjoined from proceeding with the above-styled action against the PolyMedica Defendants.

On May 10, 2013, the Bankruptcy Court issued an Order extending the automatic to the remaining Non-Debtor Defendants, Medco Health Solutions, Inc., Carl Dolan, and Arlene Perazella, for the entirety of the case [D.E. 395-1]. Based thereon, this action is stayed as to the Defendants, Medco Health Solutions, Inc., Carl Dolan, and Arlene Perazella.

The Court recognizes that it is bound by the stay and is taking no further action in this cause. However, while "courts routinely cite the purpose behind the automatic stay when applying it to non-debtors," the aforementioned order is devoid of such an explanation. See In Re Jefferson County, Alabama, 2013 WL 1613240, at *5(Bankr. N.D. Ala. April 15, 2013). As such, Defendants, Medco Health Solutions, Inc., Carl Dolan, and Arlene Perazella are directed to file a copy of the transcript of the May 10, 2013 proceedings, if available, in order to clarify the findings of the Bankruptcy Court, so that this Court will understand the findings of fact and conclusions of law. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **STAYED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot. The parties may re-file any pending motions upon the lifting of the stay. The parties are to notify the Court in writing when it is appropriate to lift the stay.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of May, 2013.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lynch
    Counsel of Record